# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

April 28, 2011

**Bankruptcy Court**
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    04-17122        James & Betty Sill

To Whom It May Concern:

Enclosed please find check #815537 in the amount of $196.58. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.            9

Account#            6004668016741677

Creditor            Fashion Bug
                    First Express
                    POB 856021
                    Louisville, KY 40285

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli